UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHAWN HIGGINS                                              CIVIL ACTION

VERSUS                                                     No. 09-2330

WARDEN BURL CAIN                                           SECTION I/3

## ORDER

Before the Court are objections to the Report and Recommendation of the United States Magistrate Judge[1] made by petitioner, Shawn Higgins,[2] and respondent, Burl Cain.[3] The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections by the parties, which are hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Shawn Higgins for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is hereby **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, May 5, 2010.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 19.
[2] R. Doc. No. 20.
[3] R. Doc. No. 21.