UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SHAWN HIGGINS**                                                                                      **CIVIL ACTION**

**versus**                                                                                                         **NO. 09-2330**

**BURL CAIN, WARDEN**                                                                       **SECTION: "I" (3)**

### O R D E R

      Having considered the petition, the record, the applicable law, the Supplemental Report and Recommendation of the United States Magistrate Judge, the objections of petitioner, Shawn Higgins, which are **OVERRULED**, and the objections of respondent, Burl Cain, which are **SUSTAINED**, the Court hereby approves and adopts as its own the Supplemental Report and Recommendation of the United States Magistrate Judge to the extent that it recommended denying petitioner relief. To the extent that the United States Magistrate Judge recommended that petitioner be entitled to relief with respect to his ineffective assistance of appellate counsel claim, the Court **REVERSES** the United States Magistrate Judge for the reasons set forth in the Court's order and reasons. Accordingly, **IT IS ORDERED** that the petition of Shawn Higgins for federal habeas corpus relief is **DENIED**.

      New Orleans, Louisiana, this   12th   day of April, 2011.

                                                **LANCE M. AFRICK**
                               **UNITED STATES DISTRICT JUDGE**